UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE:<br><br>EX PARTE APPLICATION OF ALONSO ANCIRA ELIZONDO FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | Misc. Action No. 3:20mc71 TOF<br><br>SEP 3 2020 PM 12:45<br>FILED-USDC-CT-NEW HAVEN |

**APPLICATION FOR AN ORDER TO CONDUCT DISCOVERY
FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782**

Applicant Alonso Ancira Elizondo ("Applicant"), pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 34, and 45, respectfully applies to this Court for an order authorizing Applicant to take expedited discovery for use in connection with proceedings in México and Spain ("Foreign Proceedings") in the form of the subpoena attached as **Exhibit A** to the Memorandum of Law.

In support of its application, Applicant submits a Memorandum of Law, the declaration of Juan P. Morillo and the exhibits thereto, the declaration of Javier Sánchez-Vera Gómez-Trelles and Manuel Ollé Sesé, the declaration of Gustavo Adolfo Madero Ucero, all other matters of which the Court may take judicial notice, and any further argument or evidence that may be received by the Court.

Dated:  September 3, 2020             BY:

*/s/ Kevin M. Smith*
Kevin M. Smith (ct24774)
David Norman-Schiff (ct30082)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
New Haven, Connecticut 06510
Telephone:  (203) 498-4400
ksmith@wiggin.com
dnorman-schiff@wiggin.com

Juan P. Morillo (*pro hac vice admission pending*)
Jeanhee Hong (*pro hac vice admission pending*)
Kristin T. Casey (*pro hac vice admission pending*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, District of Columbia 20005-3314
Telephone:  (202) 538-8000
juanmorillo@quinnemanuel.com
jeanheehong@quinnemanuel.com
kristincasey@quinnemanuel.com

Lucas Bento (*pro hac vice admission pending*)
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone:  (212) 849-7000
lucasbento@quinnemanuel.com

*Attorneys for Applicant Alonso Ancira Elizondo*