In re: Ex Parte Application Of Alonso Ancira Elizondo



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 157987-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--UBS AG, Stamford Branch c/o Corporation Service Company

Court Case No. 3:20-mc-00071-TOF

WIGGIN & DANA
Audra Kalinowski
265 Church Street
PO Box 1832
New Haven, CT  06508

State of: CT ) ss.
County of: HARTFORD )

Name of Server: Christine Foren, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 2 day of October, 20 20, at 1:13 o'clock PM M

Place of Service: at 100 Pearl Street, 16TH Floor, in Hartford, CT  06103

Documents Served: the undersigned served the documents described as:
Ex Parte Application and Memo of Law; Declaration of Juan P. Morillo and Exhibits;
Declaration of Gustavo Adolfo Madero Ucero; Declaration of J. Trelles and M. Sese;
ORDER re Application for an Order to Conduct Discovery

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
UBS AG, Stamford Branch c/o Corporation Service Company

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Deneen Seifel  Fulfillment Specialist

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color W; Hair Color Brown; Facial Hair ___
Approx. Age 54; Approx. Height 5'4; Approx. Weight 125

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 2 day of October, 20 20

Notary Public    (Commission Expires)

APS International, Ltd.

AMY J. CHANTRY
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 3/31/2023